IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENTE SOLOMON,

        Plaintiff,                  No. CIV S-10-2103 WBS GGH P

    vs.

J. NEGRETE, et al.,

        Defendants.          <u>ORDER</u>

          /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On June 24, 2011, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The findings and recommendations filed June 24, 2011, are adopted in full;

3  2. Plaintiff's defective motion for preliminary injunctive relief, filed on June 21,

4 2011 (docket # 28), is denied.

5 DATED: July 20, 2011

```
                          _____
                          WILLIAM B. SHUBB
                          UNITED STATES DISTRICT JUDGE
```

11 /solo2103.804