IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENTE SOLOMON,

       Plaintiff,                    No. CIV S-10-2103 WBS GGH P

   vs.

J. NEGRETE, et al.,

       Defendants.             <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On October 21, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff was granted an extension of time to file objections to the findings and recommendations and has done so.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and

1 | by proper analysis.

2 |         Accordingly, IT IS HEREBY ORDERED that:

3 |         1. The findings and recommendations filed October 21, 2011, are adopted in full; and

5 |         2. Plaintiff's September 8, 2011 motion for preliminary injunctive relief in the form of an order renewing his pain medication (Docket No. 41) is denied.

DATED: December 22, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/solo2103.805

2