IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VINCENTE SOLOMON,** | No. 2:10-cv-02103 WBS-AC |
| Plaintiff, | **[Proposed] ORDER EXTENDING DEADLINE TO FILE DISPOSITIVE MOTIONS** |
| v. | |
| **J. NEGRETE, et al.,** | |
| Defendants. | |

Good cause appearing, the motion of Defendants Barajas, Campbell, Franco, Garcia, Lundy, Medrano, Norgaard, Prior, Stallcup, Torres, Vasquez, and Wright to extend the dispositive-motion deadline until after the Court has ruled on Plaintiff's motion to compel (ECF No. 109) is granted.

If the Court denies Plaintiff's motion to compel, dispositive motions shall be filed fourteen days after the Court issues the order. If the Court grants Plaintiff's motion to compel, dispositive motions shall be filed no later than thirty days after the responses to the discovery are due.

IT IS SO ORDERED.

Dated: March 4, 2013.

_allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

Order Extending Deadline to File Dispositive Motions  (2:10-cv-02103 WBS-AC)