UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENTE SOLOMON, | No.  2:10-cv-2103 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| J. NEGRETE, et al., | |
| Defendants. | |

On November 6, 2013, defendants filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56.  ECF No. 121.  Plaintiff has been given two extensions of times to file an opposition to the motion.  ECF Nos. 125 and 127.  The second extension, ECF No. 127, stated that there would be no further extension granted.  Plaintiff has not filed an opposition to the motion.

Local Rule 230(l) provides in part:  "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."  By Orders filed on October 18, 2011 (ECF No. 53) and January 17, 2012 (ECF No. 75), plaintiff was advised of the requirements for filing an opposition to the motion and that failure to oppose such a motion may be deemed a waiver of opposition to the motion.  See Rand v. Rowland, 154 F.3d 952, 957 (9th Cir. 1998) (en banc), cert. denied, 527 U.S. 1035 (1999), and Klingele v. Eikenberry, 849 F.2d 409 (9th Cir. 1988).  In addition,

1  defendants provided the concurrent <u>Rand</u> notice required by <u>Woods v. Carey</u>, 684 F.3d 934 (9th
2  Cir. 2012), setting forth the requirements to oppose a motion for summary judgment.  ECF No.
3  122.

4      Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for
5  imposition of any and all sanctions authorized by statute or Rule or within the inherent power of
6  the Court."  In the orders filed on October 18, 2011 and on January 17, 2012, plaintiff was
7  advised that failure to comply with the Local Rules may result in a recommendation that the
8  action be dismissed.  The Ninth Circuit has recently held that a district court is prohibited from
9  granting a summary judgment motion solely based on a failure to oppose the motion
10 notwithstanding any local rule suggesting otherwise.  <u>Heinemann v. Satterberg</u>, 731 F. 3d 914,
11 916 (9th Cir. 2013).  Nevertheless, a "failure to respond to a fact asserted in the motion permits a
12 court to 'consider the fact undisputed for purposes of the motion.'"  <u>Id</u>. at 917 (quoting Fed. R.
13 Civ. P. 56(e)(2)).

14     Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of
15 this order, plaintiff shall file an opposition, if any, to defendants' motion for summary judgment.
16 Failure to file an opposition, properly addressing defendants' assertions of fact, will result in the
17 facts asserted by the motion to be considered by the court as undisputed for purposes of
18 adjudicating the motion.

19 DATED: March 13, 2014

20 _____
    ALLISON CLAIRE
21 UNITED STATES MAGISTRATE JUDGE