UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

VINCENTE SOLOMON,

        Plaintiff,

  v.

J. NEGRETE, et al.,

        Defendants.

CIV. NO. 2:10-2103 WBS AC

ORDER RE: COSTS

----oo0oo----

After judgment was entered in favor of defendant (Docket No. 151), defendant submitted a cost bill totaling $1,088.47 (Docket No. 152). Local Rule 292(c) provided plaintiff with seven days from the date of service to object, and plaintiff did not object.

Rule 54(d)(1) of the Federal Rules of Civil Procedure and Local Rule 292 govern the taxation of costs to losing parties, which are generally subject to limits set under 28 U.S.C. § 1920. See 28 U.S.C. § 1920 (enumerating taxable costs);

1

Fed. R. Civ. P. 54(d)(1) ("Unless a federal statute, these rules, or a court order provides otherwise, costs--other than attorney's fees--should be allowed to the prevailing party."); E.D. Cal. Local R. 292(f); Crawford Fitting Co. v. J.T. Gibbons, Inc., 482 U.S. 437, 441 (1987) (limiting taxable costs to those enumerated in § 1920).

Defendant has requested $1,088.47 in costs based on services that were actually and necessarily performed, including obtaining certified transcripts, making copies of materials, and docket fees. After reviewing the bill, and in light of the fact that plaintiff has not objected, the court finds the requested costs to be reasonable. Accordingly, costs of $1,088.47 will be allowed.

IT IS SO ORDERED.

Dated: October 22, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE