UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENTE SOLOMON, | No. 2:10-cv-2103 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| J. NEGRETE, et al., | |
| Defendants. | |

Judgment was issued in this case on September 23, 2014. ECF No. 151. Plaintiff has since filed two requests for the court to stop making deductions for the filing fee from his trust account because the fee was to be paid by the Attorney General's Office as part of a settlement agreement. ECF Nos. 161, 162. The attachments provided by plaintiff show that the settlement agreement he is referring to was in case number C 11-2827 JST (PR) in the Northern District of California. ECF No. 161 at 2; ECF No. 162 at 9. If plaintiff seeks to enforce the settlement agreement in case C 11-2827 JST (PR), he must do so in that case or through specified means of enforcement outlined in the settlement agreement. The requests will therefore be disregarded. Plaintiff is advised that any further documents will be disregarded and no orders will issue in response to future filings.

Accordingly, IT IS HEREBY ORDERD that plaintiff's requests to enforce the settlement agreement in case number C 11-2827 JST (PR) (ECF Nos. 161, 162) are disregarded. All further

1 | documents will be disregarded and no orders will issue in response to future filings.

2 | DATED: October 6, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE